UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00103-TWP-DLP |
| | ) | |
| CHAD GRIFFIN, | ) -04 | |
| | ) | |
| Defendant. | ) | |

### ENTRY FOR DECEMBER 13, 2021
### THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

The Government appeared by William E. Johnston, U.S. Department of Justice, in person and Vasanth Raman Sridharan, U.S. Department of Justice, via telephone. The Defendant appeared in person and by retained counsel Julie L. Treida. Tara Olson appeared on behalf of the United States Probation Office. Travis Bartelson attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for sentencing at the Indianapolis Courthouse.

On August 4, 2021, a jury found Defendant Chad Griffin guilty of Count 1.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines. Argument was heard regarding objections to the presentence investigation report. The Court stated rulings on the record. The Court found the total amount of loss attributed to Defendant Griffin is $685,022.30. The Court also found that Defendant Griffin was a minor participant and not in a position of trust.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

<u>Incarceration:</u>  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 28 months on Count 1.

Restitution:   The Defendant shall make restitution to the Small Business Administration in the amount of $685,022.30.  Payment is to be made directly to Clerk United States District Court with disbursement to the victim.

Fine: The Court did not order a fine based on the substantial amount of restitution and Defendant's financial resources.

Forfeit:  The Defendant shall forfeit the property stated on the record.

Supervised Release:  The Defendant shall be placed on supervised release for a term of 2 years on Count 1.  The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report.  Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived.  The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at the camp in Montgomery, Alabama including mental health treatment, vocational training and financial management classes.  The Court recommends the BOP designate the Defendant after January 1, 2022.

The Defendant shall pay to the United States a special assessment of $100.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal; he stated that he understood his rights and indicated he wants to appeal. The clerk was directed to prepare a notice of appeal.

The Defendant was ordered to remain on pretrial release under the conditions previously imposed. The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Pretrial Services Office.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date:  12/13/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

William E. Johnston
US DEPARTMENT OF JUSTICE
william.johnston4@usdoj.gov

Vasanth Raman Sridharan
US DEPARTMENT OF JUSTICE
vasanth.sridharan@usdoj.gov

Julie L. Treida
TREIDA LAW
treidalaw@gmail.com